UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
———
No. 6:19-cv-00169
———

**Mid-Continent Casualty Co.,**
*Plaintiff,*

v.

**KBL Restoration, LLC,**
*Defendant.*
———

Before BARKER, *District Judge*
———

### ORDER

On September 6, 2019, the parties filed a "joint motion to abate case." Doc. 13. The parties have indicated that cooperative efforts to investigate and resolve the claims underlying this case are underway and that mediation is set for October 22, 2019. *Id*. The parties state that, by the end of this year, they will be in a position to inform the court whether further litigation is necessary. *Id*. Having reviewed the parties' motion, the court **orders** that all deadlines in the court's July 19, 2019 scheduling order are suspended. The court further **orders** that the parties will file, on or before December 13, 2019, a joint motion to dismiss this case or a joint motion to reinstate and joint proposed amended scheduling order.

*So ordered by the court on September 10, 2019.*

J. CAMPBELL BARKER
United States District Judge