IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MID-CONTINENT CASUALTY COMPANY, | § § | |
| Plaintiff, | § § | |
| V. | § § | CASE NO. 6:19-cv-00169-JCB |
| KBL RESTORATION, LLC, | § § § | |
| Defendant. | § | |

## REPORT OF MEDIATOR

1.  Brad Jackson was appointed mediator by the Order of this Court on August 16, 2019.

2.  Mediation was conducted for a full day on October 22, 2019.

3.  In attendance on behalf of Plaintiff Mid-Continent Casualty Company were counsel Robert M. Fitzgerald and Mike Dill, Assistant Vice President of Mid-Continent Casualty Company.

4.  In attendance on behalf of Defendants KBL Restoration, LLC were counsel Stewart Shurtleff and company principals Amy Barnes f/k/a Amy Holdeman and Lee Evans.

5.  The parties were not able to reach a resolution of this matter.

Respectfully submitted,

LAW OFFICES OF BRAD JACKSON
3701 Turtle Creek Boulevard
Suite 12G
Dallas, Texas 75219
Telephone No. 214/526-7800
Telefax No. 214/526-1955

/s/ Brad Jackson
Brad Jackson
State Bar Card No. 10496460
brad@bradjackson.com

MEDIATOR

## CERTIFICATE OF SERVICE

On November 12, 2019, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule Civil Procedure 5(b)(2).

/s/ Brad Jackson
Brad Jackson