IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MID-CONTINENT CASUALTY COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CASE NO. 6:19-cv-00169-JCB |
| | § | |
| KBL RESTORATION, LLC, | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is hereby stipulated by and between the parties to this action, Plaintiff, Mid-Continent Casualty Company, and Defendant, KBL Restoration, LLC, through their respective counsel of record that the above-captioned action be and hereby is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: December 20, 2019.

Respectfully submitted,

*/s/ Robert M. Fitzgerald*
Robert M. Fitzgerald
Lead Counsel
TX Bar No. 07088900
LAW OFFICES OF ROBERT M. FITZGERALD, PC
1219 FM 314
Van, Texas 75790
(903) 963-7550
(903) 963-7551 (Fax)
Email: rfitzgerald@rmflaw.net
*Attorneys for Plaintiff, Mid-Continent Casualty Company*

and

        PECKAR & ABRAMSON, P.C.

        By: */s/ Stewart Shurtleff*
            Stewart Shurtleff
            TX Bar No. 24046842
            sshurtleff@pecklaw.com
        8080 North Central Expressway, Suite 1600
        Dallas, Texas 75206
        T: (214) 523-5100
        F: (214) 523-4601
        *Attorneys for Defendant, KBL Restoration, LLC*

### *Certificate of Service*

A true and correct copy of the foregoing was served on the date of filing by email and ECF Notification to the following counsel of record:

| | |
|---|---|
| Stewart Shurtleff | sshurtleff@pecklaw.com |
| Ian E. Fullington | ifullington@pecklaw.com |
| Peckar & Abramson, P.C. | |
| 8080 North Central Expressway, Suite 1600 | |
| Dallas, TX 75206. | |

        */s/ Robert M. Fitzgerald*
        Robert M. Fitzgerald